John HUGHES, Appellant,

v.

The STATE of Texas, Appellee.

No. 27425.

Court of Criminal Appeals of Texas.

March 30, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Possession of intoxicating beverages for sale in a dry area is the offense; the punishment, a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.